# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PRECILIANO FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:14-cv-02096-SKO<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE CERTIFIED ADMINSITRATIVE RECORD** |

On June 5, 2015, Defendant filed a stipulated request seeking an extension of time to file the Certified Administrative Record. (Doc. 9.) This is Defendant's first request for an extension of time, because additional time is needed in preparing the Certified Administrative Record. The parties further stipulate the Court's Scheduling Order shall be modified accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED,

2. The Certified Administrative Record shall be filed by no later than July 22, 2015; and

3. The subsequent deadlines set forth in the Court's Scheduling Order (Doc. 5-1) are adjusted accordingly.

IT IS SO ORDERED.

Dated:　**June 8, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE