Harvey Peter Sackett (State Bar No. 72488)
Of Counsel, Olinsky Law Group
300 S. State St., Suite 420
Syracuse, NY 13202
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
hps@sackettlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PRECILIANO FLORES, | Case No.  1:14-cv-02096-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Docs. __) |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be permitted to file his Opening Memorandum by October 29, 2015.  Plaintiff's Memorandum was scheduled for October 25, 2015.  As grounds for filing late, Plaintiff states that his counsel mistakenly calendared the due date and was alerted by Defendant's counsel that the actual date had passed.

Counsel for Plaintiff asserts that he did not act in bad faith and the error was completely inadvertent.  Plaintiff's counsel apologizes to the Court for any inconvenience caused by this delay.

1  IT IS SO STIPULATED.

2  Dated: October 28, 2015                  */s/ Harvey P. Sackett*
                                            Harvey Peter Sackett (State Bar No. 72488)
3                                           hps@sackettlaw.com
                                            Of Counsel, Olinsky Law Group
4                                           300 S. State St., Suite 420
                                            Syracuse, NY 13202
5                                           Telephone: (315) 701-5780
6                                           Facsimile: (315) 701-5781

7                                           */s/ Jean M. Turk*
                                            Attorney for Defendant (CSBN 131517)
8                                           160 Spear Street, Suite 800
                                            San Francisco, California 94105
9                                           Telephone: (415) 977-8935
10                                          Facsimile: (415) 744-0134
                                            jean.turl@ss.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court has reviewed the Parties' stipulation to extend the deadline for Plaintiff to file his opening brief by to October 29, 2015. This is Plaintiff's first request for an extension of time and the four day extension will not unduly prejudice Defendant's ability to litigate her case. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before October 29, 2015; and
2. All other deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **October 28, 2015**                              **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE